VanWyck Rossiter, Frank McGovern and Isaac M. Sutton, partners as Rossiter, McGovern & Company, Plaintiffs in Error, vs. Pensacola Electric Light & Power Company, a corporation under the laws of Florida, Defendant in Error.

Writ of error to Circuit Court, Escambia county; William D. Barnes, Judge.

Wm. Fisher, for Plaintiffs in Error.

Blount & Blount, for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. The judgment is affirmed.

Decision *Per Curiam.*